LAW OFFICES OF

# FREDERICK L. SOSINSKY

45 BROADWAY, 30TH FLOOR
NEW YORK, NEW YORK 10006

———

TELEPHONE (212) 285-2270
TELECOPIER (212) 509-8403
EMAIL: FredS@newyork-criminaldefense.com

February 15, 2008

BY ECF
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    United States v. Ahmad Lamah
                      08 Mag. 0005

Dear Magistrate Gorenstein:

      I represent Ahmad Lamah, the defendant in the above matter. I am writing *with the consent of the Government* to respectfully request that the Court modify the conditions of the appearance bond issued in this matter on January 4, 2008 so as to permit Mr. Lamah's travel to the Eastern District of Pennsylvania. The bond presently restricts his travel to the Southern and Eastern Districts of New York and the District of New Jersey.

      As noted, AUSA Wilson Leung has no objection to this modification.

      Thank you for your consideration.

                                    Respectfully yours,

                                    /s/
                                Frederick L. Sosinsky

FLS:bms

cc:  AUSA Wilson Leung (by ECF)